(May 7, 1943.)

In the Matter of HAROLD A. STEIN et al., Copartners under the Name of H. A. STEIN MOTOR COMPANY, Respondents-Appellants, against F. G. DORAN, Defendant, and FIRST NATIONAL BANK IN YONKERS, Appellant-Respondent.—

Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ. [See post, pp. 788, 789.]